TRACY WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
CHRISTINA MARQUEZ (CBN 305301)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061
    Facsimile: (213) 894-7819
    E-mail: Christina.Marquez@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Adriana Villegas, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>Alejandro Mayorkas, in his capacity as Secretary of U.S. Department of Homeland Security, Ur Jaddou, in her capacity as Director of U.S. Citizenship and Immigration Services<br><br>    Defendants. | CV 5:22-cv-00585-JGB-SP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br>**(L.R. 8-3)**<br><br>Complaint Served: April 12, 2022<br>Current response date: June 11, 2022<br>New response date: July 11, 2022<br><br>Hon. Jesus Bernal |

1  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants may have a thirty-day extension of time, up to and including July 11, 2022, within which to answer, plead, or otherwise respond to Plaintiff's Complaint.

This Stipulation is made at the request of Defendants' counsel, who needs additional time to review Plaintiff's complaint and investigate claims to properly respond to the complaint.

Respectfully submitted,

Dated: June 1, 2022        THE KHAN LAW FIRM, INC.

/s/ *Emily Brooks*
Emily Brooks, Esq.
Attorney for Plaintiff


Dated: June 1, 2022        TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *Christina Marquez*
CHRISTINA MARQUEZ
Assistant United States Attorney

Attorneys for Defendants


I, Christina Marquez, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


/s/ *Christina Marquez*
CHRISTINA MARQUEZ
Assistant United States Attorney