STEPHANIE CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
CHRISTINA MARQUEZ (CBN 305301)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061
    Facsimile: (213) 894-7819
    E-mail: Christina.Marquez@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Adriana Villegas, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>Alejandro Mayorkas, in his capacity as Secretary of U.S. Department of Homeland Security, Ur Jaddou, in her capacity as Director of U.S. Citizenship and Immigration Services<br><br>    Defendants. | CV 5:22-cv-00585-JGB-SP<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Jesus Bernal<br>United States District Court |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Federal Defendants may have a forty five-day extension of time, up to and including August 25, 2022, within which to answer, plead, or otherwise respond to Plaintiff's Complaint.

On June 30, 2022, Federal Defendants reopened Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status and simultaneously issued

a Request for Evidence. A continuance will allow Plaintiff to respond to the Request for Evidence, which will allow Federal Defendants to take the next action on the application and possibly resolve this matter without further litigation.

                                                Respectfully submitted,

Dated: July 6, 2022          THE KHAN LAW FIRM, INC.

                                       /s/ *Emily Brooks*
                                        Emily Brooks, Esq.
                                        Attorney for Plaintiff

Dated: July 6, 2022          STEPHANIE CHRISTENSEN
                                        Acting United States Attorney
                                        DAVID M. HARRIS
                                        Assistant United States Attorney
                                        Chief, Civil Division
                                        JOANNE S. OSINOFF
                                        Assistant United States Attorney
                                        Chief, General Civil Section

                                        */s/ Christina Marquez*
                                        CHRISTINA MARQUEZ
                                        Assistant United States Attorney
                                        Attorneys for United States of America

     I, Christina Marquez, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                        */s/--Christina Marquez*
                                        CHRISTINA MARQUEZ
                                        Assistant United States Attorney