# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adriana Villegas, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Alejandro Mayorkas, in his capacity as Secretary of U.S. Department of Homeland Security, Ur Jaddou, in her capacity as Director of U.S. Citizenship and Immigration Services<br><br>Defendants. | CV 5:22-cv-00585-JGB-SPx<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

    Pursuant to stipulation, IT IS ORDERED that Defendant's time to respond to the complaint is extended from July 11, 2022 to August 25, 2022.

DATED: July 7, 2022

_____
Honorable Jesus Bernal
UNITED STATES DISTRICT JUDGE